UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>                      Plaintiff,<br>    v.<br><br>BRENT BASDEN, *et al.*,<br><br>                      Defendants. | CASE NO. 3:24-cv-05075-TMC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: April 12, 2024 |

       The District Court has referred Plaintiff Geneva Langworthy's pending Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate Judge Grady J. Leupold pursuant to Amended General Order 11-22.

       On January 26, 2024, Plaintiff filed a Proposed Complaint and an Application to Proceed IFP, that is, without paying the filing fee for a civil case. *See* Dkts. 1, 1-1. The IFP Application was referred to the undersigned on January 26, 2024, and, on February 7, 2024, the Court screened Plaintiff's Proposed Complaint and found it was deficient because Plaintiff failed to state a claim upon which relief may be granted. *See* Dkt. 4. In that Order, the Court gave Plaintiff leave to file an amended complaint to cure the deficiencies by March 8, 2024, and re-noted the

REPORT AND RECOMMENDATION - 1

1  pending IFP Application. *Id*. The Court warned that failure to file a proposed amended complaint
2  would result in the Court recommending the dismissal of this matter without prejudice. *Id*.

3  Plaintiff has failed to comply with the Court's Order. She has not filed a proposed
4  amended complaint correcting the deficiencies contained within the Proposed Complaint or
5  otherwise responded to the Court's Order. As Plaintiff has failed to respond to the Court's Order
6  and prosecute this case, the Court recommends this case be **DISMISSED without prejudice** and
7  the IFP Application (Dkt. 1) be **DENIED as moot**.

8  Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties
9  shall have fourteen (14) days from service of this report to file written objections. *See also* Fed.
10 R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of
11 *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of
12 those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda*
13 *v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time
14 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on April 12,
15 2024, as noted in the caption.

16 Dated this 26th day of March, 2024.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2