UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>                     Plaintiff,<br><br>     v.<br><br>BRENT BASDEN, *et al.*,<br><br>                    Defendants. | CASE NO. 3:24-cv-05075-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's Application for Proceed In Forma Pauperis (Dkt. 1) is DENIED and Plaintiff's claims are DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 15th day of April, 2024.

TIFFANY M. CARTWRIGHT
United States District Judge